# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:15-CV-00345-ACK-KJM |
| CASE NAME: | Marya I. Poore v State Farm Insurance Company |
| ATTYS FOR PLA: | William Fenton Sink |
| ATTYS FOR DEFT: | Richard B. Miller<br>Patricia Kehau Wall |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | KJM Chambers /<br>C6 - FTR |
| DATE: | 06/21/2016 | TIME: | 10:00 - 10:52 /<br>10:52 - 10:55 |

COURT ACTION:   EP: EARLY SETTLEMENT CONFERENCE held.

Defendant State Farm Insurance Company's Representatives Laureen Lever and Richard Hakala are also present.

The court met with the parties. Discussion was held in chambers. A settlement has been reached.

SETTLEMENT ON THE RECORD (10:52 - 10:55)

Essential terms stated on the record by the Court, parties acknowledge terms.

Trial dates and deadlines are VACATED.

Stipulation for Dismissal shall be submitted no later than 07/22/2016 to kay_orders@hid.uscourts.gov.

*Submitted by: Bernie Aurio, Courtroom Manager*