**TOM PETRUS & MILLER, LLLC**

RICHARD B. MILLER   3729-0
Tel. #(808) 792-5855
rmiller@tpm-hawaii.com
PATRICIA KEHAU WALL     3498-0
Tel #(808) 792-5823
kwall@tpm-hawaii.com
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii  96813
Telephone No. (808) 792-5800

Attorneys for Defendant
STATE FARM INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARYA I. POORE,<br><br>        Plaintiff,<br><br>    vs.<br><br>STATE FARM INSURANCE COMPANY; JOHN AND MARY DOES 1-10; DOE CORPORATIONS, PARTNERSHIPS or OTHER ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO.  CV 15-00345 ACK-KJM (Bad Faith)<br><br>ORDER AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIM FOR UNINSURED MOTORIST BENEFITS AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL REMAINING CLAIMS AND PARTIES<br><br><br>Trial Date: October 18, 2016 |

## ORDER AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIM FOR UNINSURED MOTORIST BENEFITS AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL <u>REMAINING CLAIMS AND PARTIES</u>

IT IS HEREBY STIPULATED, by and between the parties appearing in this action, through their undersigned counsel, that Plaintiff MARYA I. POORE's claim against Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, misidentified as STATE FARM INSURANCE COMPANY ("State Farm"), for uninsured motorist (UM) benefits arising out of an accident on September 9, 2014 is hereby dismissed **without prejudice**, and the claim for UM benefits will be submitted to binding arbitration.  It is further stipulated that all remaining claims and parties, including but not limited to claims against State Farm for bad faith, are hereby dismissed **with prejudice**. This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and LR10.4 of the Local Rules of Practice for the United District Court for the District of Hawaii.  Each party is to bear her or its own costs and attorneys' fees.

/

/

/

/

/

2

This Stipulation is signed by all parties who have appeared in this action.

There are no remaining parties, claims, counterclaims and/or issues.

DATED:  Honolulu, Hawaii,   July 7, 2016                                    .

                              /s/William Fenton Sink
                              WILLIAM FENTON SINK, ESQ.

                              Attorney for Plaintiff
                              MARYA I. POORE

DATED:  Honolulu, Hawaii,   July 7, 2016                                    .

                              /s/Richard B. Miller
                              RICHARD B. MILLER
                              PATRICIA KEHAU WALL

                              Attorneys for Defendant
                              STATE FARM INSURANCE COMPANY

APPROVED AND SO ORDERED:
Dated:  Honolulu, Hawaii, July 8, 2016.

_____
Alan C. Kay
Sr. United States District Judge

_____
Marya I. Poore vs. State Farm Insurance Company, et al., Civil No. CV 15-00345 ACK-KJM ,
Order and Stipulation for Dismissal Without Prejudice of Plaintiff's Claim for Uninsured
Motorist Benefits and Stipulation for Dismissal With Prejudice of All Remaining Claims and
Parties.

3